NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3107

WANDA N.D. THOMAS,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in
AT831E080086-I-2.

## O R D E R

The court considers whether to reinstate Wanda N.D. Thomas's petition for review.

This petition was dismissed by this court on July 14, 2009 for failure to pay the court's docketing fee. The court recently granted Thomas's request for an extension of time to pay the docketing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The mandate is recalled, the court's July 14, 2009 order is vacated, and the petition is reinstated.

(2)    The Office of Personnel Management should calculate its brief due date from the date of filing of this order.

FOR THE COURT

AUG 1 4 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Wanda N.D. Thomas
Shari A. Rose, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 4 2009

JAN HORBALY
CLERK

2009-3107                          2